UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, aka GARY FISHER,<br><br>              Plaintiff,<br><br>    v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>              Defendant. | No.  2:14-cv-2311 DAD P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis.  However, plaintiff has not submitted his in forma pauperis request on the proper form or with sufficient supporting information.

      Therefore, plaintiff's request for leave to proceed in forma pauperis will be denied without prejudice, and plaintiff will be granted thirty days to submit a new and fully completed request. Plaintiff is cautioned the form includes a section that must be completed by a prison official, and must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 26, 2014, request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a prisoner civil rights action filed in this district.

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated:  October 16, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
barg2311.3d

2